WILLIAM SHEARS, Respondent, v. TOWN OF UNION VALE, Appellant.

Reported below, 129 App. Div. 925.
(Submitted May 31, 1909; decided June 8, 1909.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 6, 1909, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for an injury to personal property alleged to have occurred through defendant's negligence.

The motion was made upon the ground that the decision of

the Appellate Division was unanimous and not reviewable by the Court of Appeals.

*George Card* for motion.

*Charles Morschauser* opposed.

Motion denied, with ten dollars costs.